# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANGELO CHARLES GIANDELONE, SR.

NO. 2019 KW 0748

**JUL 2 2 2019**

---

In Re: Angelo Charles Giandelone, Sr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2017-200283.

---

BEFORE: **McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** The writ application is not properly bound, and counsel failed to indicate the exact method of service and the addresses and telephone numbers of opposing counsel and the judge in the affidavit. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-2, 4-3, and 4-5. Counsel failed to comply with Uniform Rules 4-2 and 4-5, by failing to include documentation of a timely request for a return date, the return date, and any extension thereof. Counsel also failed to comply with Rule 4-5(C)(6), (9), (10) and (11), by failing to include a copy of the ruling, a copy of any opposition or a statement that no opposition was filed, the pertinent court minutes, and the notice of intent and return date order. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, the application shall be filed on or before August 14, 2019, and should include the missing items noted above including proof of a timely request for a return date, and a copy of this ruling.

PMc
TMH
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT